IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROCKY ASHER HANLEY F/K/A
ROBERT WILLIAM WHARTON, JR.,

    Plaintiff,

  v.

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

    Defendant.

Case No. 3:21-cv-00397-jdp

---

## ORDER

This matter coming before the Court on the parties' Stipulation For Attorney Fees Under the Equal Access to Justice Act, and the Court, being duly advised, it is hereby ordered that:

Final judgment be entered in the case and Plaintiff be awarded attorney fees in the amount of $9,000.00 and costs in the amount of $0.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This award of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. After the Court enters this award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and Plaintiff's attorney.

SO ORDERED this 21ST day of JUNE, 2023.

_____
HON. JAMES D. PETERSON
Chief U.S. District Judge

Page 1 of 1